UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-00354

| | |
|---|---|
| BARNEY CULP, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| BRIDGE TERMINAL TRANSPORT INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before this Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 20].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

Signed: August 11, 2008

Graham C. Mullen
United States District Judge

1