# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Culp,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                              3:07cv354

Bridge Terminal Transport, Inc. Et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Stipulation of Dismissal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/2008 Order.

Signed: August 11, 2008

Frank G. Johns, Clerk
United States District Court